UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH WATLEY,<br>KARIN HASEMANN<br><br>v.<br><br>JOETTE KATZ,<br>DEPARTMENT OF CHILDREN &<br>FAMILIES, VANNESSA DORANTES,<br>Commissioner of the Department of<br>Children and Families | :<br>:<br>:<br>:<br>:   No.   3:13-cv-01858-RNC<br>:<br>:<br>:<br>:<br>:<br>: |

JUDGMENT

This action having come on for consideration of the defendants' motion to dismiss amended complaint before the Honorable Robert N. Chatigny, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having issued a Ruling and Order on December 23, 2019, granting the defendants' motion to dismiss and indicating that if plaintiffs believed they could further amend their allegations to state a claim that is not precluded and on which relief may be granted, they may file and serve a motion for leave to amend on or before January 24, 2020, and no motion for leave to amend having been filed; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of the defendants with prejudice and this case is closed.   Because counsel was appointed in this case under Local Civil Rule 83.10, this Court shall retain jurisdiction to adjudicate any dispute between such counsel and his or her client arising from the representation in this case, including without limitation, a grievance or malpractice claim.

Dated at Hartford, Connecticut, this 27th day of January 2020.

                            ROBIN D. TABORA, Clerk

                            By   /s/LP
                                Lynne Pipech
                                Deputy Clerk

EOD: 1/27/2020